**Tyrone W. TERRY, Petitioner–Appellant,**

v.

**Carolyn CROSS, Warden, Respondent–Appellee.**

No. 01–7175.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Tyrone W. Terry, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Tyrone W. Terry appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Terry v. Cross,* No. CA–99–661–AM (E.D. Va. filed June 20, 2001; entered June 21, 2001). We deny Terry's two motions for preparation of transcripts at government expense, two motions for writs of mandamus, motion for appointment of counsel, and motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*